Form G-2

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

IN RE: )
2950 Golf, LLC ) Case No. 19-14111
)
) Chapter 11
)
)
Debtor(s) )

**Certification of Relatedness**

The undersigned attorney certifies that:

1. ____ cases are being filed under Chapter 11 that are related to each other, related to case(s) now pending, or both.

2. The cases are related because:

   [ ] the debtors are husband and wife; or
   [✓] the debtor was a debtor in a previous case under Chapter 11; or
   [ ] the cases involve persons or entities that are affiliates as defined in §101(2) of the Bankruptcy Code.

3. List of related bankruptcy case number(s) and case name(s):
   17-36643 2950 Golf, LLC
   _____
   _____
   _____
   _____
   _____
   _____

Date of certification: 5/17/2019    Attorney's Signature: /s/ Penelope N. Bach

**This form must be filed in each related Bankruptcy Case**

Revised: 05/26/2017_lam